BRYAN SCHRODER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00142-RRB-DMS |
| | ) |
| Plaintiff, | ) COUNTS 1-2: |
| | ) POSSESSION OF A CONTROLLED |
| vs. | ) SUBSTANCE WITH INTENT TO |
| | ) DISTRIBUTE |
| CENEN AROFO PLACENCIA, | )   Vio. of 21 U.S.C. § 841(a)(1), |
| | ) (b)(1)(B) |
| Defendant. | ) |
| | ) |
| | ) |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about November 20, 2019, within the District of Alaska, the defendant,

CENEN AROFO PLACENCIA, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit, 100 grams or more of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

COUNT 2

On or about November 20, 2019, within the District of Alaska, the defendant, CENEN AROFO PLACENCIA, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

BRYAN SCHRODER
United States Attorney

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney