Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant Cenen Placencia

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CENEN PLACENCIA,<br><br>        Defendant. | Case No. 3:19-cr-00142-RRB-DMS-1<br><br>**UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE** |

       Defendant Cenen Placencia, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court for an order further modifying condition (7)(p) of Docket No. 37 (Order Setting Conditions of Release). Defendant asks the Court to change the condition set forth in the order at section 7(p)(iii) requiring him to be on home incarceration "except for medical necessities and court appearances or other activities specifically approved by the court." Defendant requests that the following language be added to the end of the condition: "or pretrial services office or supervising officer".

       This modification is necessary to help the Probation office accommodate the conditions and circumstances at the House of Transformation where Defendant is currently living. In light of the pandemic and even in "normal" circumstances, various instances arise where a brief absence from the facility needs to be accomplished that Probation can vet and approve ahead of time without involving the Court or counsel.

With electronic monitoring still in place, pretrial services will still have the ability to monitor Defendant's movement and daily activity while engaged in any approved absence.

Counsel has confirmed with U.S. Probation that Defendant has been compliant with his current terms of supervision and Probation supports this requested modification. The government, through Assistant United States Attorney Christina Sherman, does not oppose this request.

Moreover, in light of the limited nature of this request and given that it is supported by all parties, Defendant urges the Court to consider this motion WITHOUT a hearing.

DATED at Anchorage, Alaska this 2nd day of June, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 2, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*