Republic of the Philippines
**REGIONAL TRIAL COURT**
Third Judicial Region
Olongapo City

## OFFICE OF THE CLERK OF COURT

### CERTIFICATION

**TO WHOM IT MAY CONCERN:**

    **THIS IS TO CERTIFY** that according to the records now available in this office; **CENEN PLACENCIA y AROFO** of *No. 730 Horseshoe Drive., Filtration St., Sta. Rita, Olongapo City* has never been accused of or convicted of any criminal nor has **he** any pending criminal case filed before this Court.

    ISSUED upon request of **Gilbert P. Cuison** this **14th day** of **October, 2020** at Olongapo City for **RECORD** purposes.

**GERRY R. GRUSPE**
Clerk of Court VI

Verified by:

**Virgie E. Ancheta**
Clerk III

JDF No. : 4287677D
JGF No. : 0704360D
Date    : 10.14.2020

**Dear Honorable Judge,**

I am Mercidita Adug Robin; Cenen Placencia's mother in law. I've known Cenen Placencia for a very long time, he is a good person. Just in regard in providing for my daughter and my grandchild he did not neglect them. From when I met him I was not against him marrying my daughter. Cenen worked and even sacrificed by going far away from family so that we may have a decent lifestyle. From the beginning (of their relationship) he has been giving us monetary support and has been providing for our daily needs. They have been dating for a long time. I can say I did not make a mistake for allowing him to marry my daughter because their lifestyle is good with my grandchild. Now, I am writing a letter in return for all the good things he has done for us. I am pleading to you to forgive him for whatever wrongdoing he has done. I am testifying that he is a good man. I am hoping for you to hear my pleading. That he may be released because we have not been with him for a very long time. I pity my beloved grandchild because they have not seen each other for a long time. I am hoping dear Judge that he can come home to us, so we can be with him again especially now that Christmas is coming. If this could be, this would be a great and beautiful gift to us that he may be free and be able to come to the Philippines so that his child won't feel like an orphan because all of us are longing to see him and to be with him. Dear Judge, we are asking for forgiveness for whatever wrongdoing he has done and I am also asking for your help for his release. I hope you hear our pleadings and wishes and we are asking for your understanding. Thank you very much sir.

Respectfully,

Mercidita Adug

**Translators note:**
**"po" Does not have a direct English translation. It depicts respect to elders and higher authorities.**

**This was translated as close to verbatim as possible.**

**I am unable to determine if the writer is Mrs Placencia's mom or grandma.**

October 06,2020

Honorable Judge,
Atty: Gerry Colbath

Sir, I am Monica Robin, 19 years old. I am a niece to "Daddy"* Cenen Placencia's wife. I currently live in Olongapo City, Philippines. I live with the child and wife of Daddy Cenen Placencia. They consider me as their child. They provide for my needs and help me in my schooling. Dear honorable Judge I am respectfully pleading unto you to help my step father, that his case may be resolve and be release. He is the only one we depend on. Specially us his adopted children and his child. He is the only one we depend on for schooling.
Daddy Cenen Placencia is a good father to his children and his family specially to us whom he is helping/supporting. We truly love him.
Dear Judge we are hoping that you can help our good father. So that we can be with him after all these years of being separated and for his selfless sacrifice for being far away from us just so that he can work and provide for us all. I hope dear Judge that he may be released specially now Christmas is near. We hope we can be with him once in celebrating a new year.
Dear Judge I am begging and asking for your help. We really love him and truly miss him. We will see this as a great indebtedness to you for helping us. It would be a great gift to us if he was to be released and be allowed to come home to the Philippines. I am currently attending college and he is the only one I'm depending to help me (financially). I hope you hear the pleading of his child. Sir, I am knocking on your good heart.
Daddy Cenen Placencia is a good man. In return for what he has done for me/us all I can do for him is write this humble letter in hope that it will help him. I fully respect you and asking you for help. Thank you very much.

Respectfully yours,

Monica Robin

Translators note:
"po" does not have a direct English translation. It depicts respect to elders and higher authorities.

*The word DADDY is in quotation in the beginning of this letter to imply that she is not a biological child; she is considered adopted.

This was translated as close to verbatim as possible.

October 11, 2020

Dear Honorable Judge,
    Atty. Garry Colbath

Sir, I am Noel Sembrana, I am Cenen A. Placencia's brother in law. I want to help Cenen Placencia and his family. Sir, I hope you can help my brother in law. I am asking that you allow him to be released. I know that he is not guilty.  Whatever he may be accused of. He is a good man. He doesn't want to do anything else but give a good life to his family. I hope you'd release him and allow him to start over again. I hope he could be reunited with his family specially with his child Cenen James Placencia. They have not seen each other for a long time especially now that Cenen Placencia is of age. I hope you can grant this request. Thank you so much sir. God bless.

                                                                        Respectfully yours,
                                                                          Noel  Sembrana

Translators note:
"po" does not have a direct English translation. It depicts respect to elders and higher authorities.

I used sir as a substitute for po.

This was translated as close to verbatim as possible.

HON. JUDGE                                          OCTOBER 11, 2020
ATTY. GARRY COLBATH

            SUBJECT: PETITION TO ACQUIT THE
                     PERSON OF MR. CEHEN PLACENCIA

DEAR JUDGE BIESTLINE / ATTY. GARRY COLBATH

    WE ARE ASKING A FAVOR FROM YOUR GENEROUS
OFFICE FOR FORGIVENESS TO OUR DEAR BELOVED UNCLE,
MR. CEHEN PLACENCIA, PLEASE GIVE HIM A CHANCE TO BE
ACQUITTED ON HIS CASE THAT HE PRESENTLY FACING.
    FURTHER, ENABLE FOR HIM TO HELP AND CONTINUED
HIS FINANCIAL SUPPORT TO HIS FAMILY. HENCE, HIS
FAMILY WAS ALSO DEPENDING ON HIM.
    WE BEGGED YOU TO PLEASE ALLOW MY UNCLE,
MR. PLACENCIA, TOGETHER WITH HIS FAMILY, ESPECIALLY
ON THE COMING CHRISTMAS THIS YEAR. HE WAS TOO OLD
NOW. AGAIN WE HUMBLY REQUEST ON YOUR KIND
CONSIDERATION AND FAVORABLE RESPONSE ON THAT
MATTER.
    WE CAN CONFIRM THAT MR. PLACENCIA, IS A GOOD
PERSON WITH A GOOD MORAL CHARACTER HERE IN THE
PHILIPPINES. APPEARING OUR NAMES AND SIGNATURES
TO PROVE OUR PETITION FOR HIM.
                                        RESPECTFULLY YOURS
    THANK YOU AND GOD BLESS!           ANNA ENDRINA SANCHEZ



OCTOBER 3, 2020

Dear Honorable Judge,

Cenen A. Placencia, is a good son to his parents even though their deceased already. He really loves his family especially when it comes to financial problems. A good husband to his wife And a good provider to his son. When it comes to needs Cenen has no Enemy and Criminals records at all here in the Phillipines. Honorable Judge Please help him out of the jail, realeased him. Have a heart. I wish You'll grant our wishes Bring him back, and bring him back home to us here. Give him a second chance, Put him back to his Job. He really needs that, to support her family. Again Honorable Judge In behalf of the family of Cenen A. Placencia. Thank You Again for helping Us and God Bless Us All.

CARMINA DELAMINAL
Cedal.

HON. JUDGE,  
ATTY. GARRY COLBATH

OCTOBER 10, 2020

SUBJECT: PETITION TO ACQUIT THE
PERSON, MR. CENEN PLACENCIA

DEAR JUDGE BIESTLINE / ATTY. GARRY COLOMA

    WE ARE ASKING A FAVOR FROM YOUR GOOD OFFICE FOR FORGIVENESS TO OUR DEAR AND BELOVED BROTHER, MR. CENEN PLACENCIA, AND GIVE HIM A CHANCE TO BE ACQUITTED ON HIS CASE THAT HE PRESENTLY FACING. FURTHER, ENABLE FOR HIM TO HELP AND CONTINUED HIS FINANCIAL SUPPORT TO HIS FAMILY. HENCE, HIS FAMILY WAS DEPENDING ON HIM.

    WE BEGGED YOU TO PLEASE ALLOW MR. PLACENCIA TO BE WITH HIS FAMILY ESPECIALLY ON THE COMING CHRISTMAS THIS YEAR. HE WAS TOO OLD NOW. AGAIN, WE HUMBLY REQUEST ON YOUR KIND CONSIDERATION AND FAVORABLE RESPONSE ON THE MATTER.

    WE CAN CONFIRM THAT MY BROTHER MR. PLACENCIA IS A GOOD PERSON WITH A GOOD MORAL CHARACTER HERE IN THE PHILIPPINES. AFFIXING OUR NAMES AND SIGNATURES TO PROVE OUR PETITION FOR HIM.

    THANK YOU AND GOD BLESS!

RESPECTFULLY YOUR'S  
*Flora Endrina*  
(PLEASE SEE ATTACHED NAMES AND SIGNATURE)  
(NOTE: AT THE BACK, FOR PETITION WITH MY BROTHER) FLORA PLACENCIA ENDRINA  
(SISTER)



BLK 12 A LOT 37 PHASE 2 AREA 3
LONGOS, MALABON CITY PHILIPPINES
ADDRESS

*Flora Endrina*
FLORA PLACENCIA ENDRINA

*Mario Tabia*
MARIO PLACENCIA ENDRINA

*Endrina*
TERESITA PLACENCIA ENDRINA

REYNALDO PLACENCIA ENDRINA

DANILO ROQUE SR.

DANILO ENDRINA ROQUE JR.



**Philippine Benevolent Missionaries Association Inc.**
Main Office: San Jose, Province of Dinagat Islands, Philippines
**OLONGAPO CITY CHAPTER**
Chapter Code # NL-25-00
Prk 5, New Cabalan, Olongapo City

OCTOBER 05, 2020

HON. JUDGE
ATTY. GARRY COLBATH

SUBJECT: PETITION TO ACQUIT THE PERSON, MR. CENEN PLACENCIA

SIR,

WE ARE ASKING A FAVOR FROM YOUR GOOD OFFICE FOR FORGIVENESS TO OUR DEAR AND BELOVED FRIEND, MR. CENEN PLACENCIA AND GIVE HIM A CHANCE TO BE ACQUITTED ON HIS CASE THAT HE PRESENTLY FACING. FURTHER, ENABLE FOR HIM TO HELP AND CONTINUED HIS FINANCIAL SUPPORT TO HIS FAMILY. HENCE, HIS FAMILY WAS DEPENDING ON HIM.

WE BEGGED YOU TO PLEASE ALLOW MR. PLACENCIA TO BE WITH HIS FAMILY ESPECIALLY ON THE FORTHCOMING CHRISTMAS THIS YEAR. HE WAS TOO OLD NOW.

AGAIN, WE HUMBLY REQUEST ON YOUR KIND CONSIDERATION AND FAVORABLE RESPONSE ON THE MATTER.

WE CAN VOUCH THAT MR. PLACENCIA IS A GOOD PERSON WITH GOOD MORAL CHARACTER HERE IN THE PHILIPPINES. AFFIXING OUR NAMES AND SIGNATURES TO PROVE OUR PETITION FOR HIM.

THANK YOU AND GOD BLESS!

RESPECTFULLY,

GENEROSO A. ROBIN

NOTE: PLS. SEE ATTACHED NAMES AND SIGNATURES AND PETITION TO MR. PLACENCIA



PETITION TO ACQUIT MR. PLACENCIA

NAMES                              SIGNATURES
1. Generoso A. Robin jr.
2. Arnold Sarayan
3. JOSE ERL C. ALLER
4. JAIMIE SARAYAN
5. Lalita de Guzman
6. JOVITA D. SARAYAN
7. ROGELIO DE GUZMAN
8. Jeanne Tuboran
9. Esteban Especim
10. Bryan Jade Rodica
11. Ria D. Sarayan
12. SALVE H MENEDIS
13. Nancy Sabanal
14. Mariter Barrientos
15. SALLY GALARAGA
16. Juanito Cruz
17. Lonida Tionia
18. Elvira B Tuboran
19. Ross Ann D. Sarayan
20. Ronald P. Sarayan

RESPECTFULLY
GENEROSO A. ROB

NOTE: PLS. SEE ATTACHED NAMES AND
SIGNATURES AND PETITION TO MR. PLACENCIA

OCTOBER 0, 2020

HON JUDGE
ATTY. GARRY COLBATH

SUBJECT: PETITION TO ACQUIT THE PERSON
MR. CENEN PLACENCIA

DEAR JUDGE BIESTLINE/ATTY. GARRY COLBATH

WE ARE ASKING A FAVOR FROM YOUR GOOD OFFICE FOR FORGIVENESS TO OUR DEAR AND BELOVED MY GRANDFATHER, MR. CENEN PLACENCIA, PLEASE GIVE HIM A CHANCE TO BE ACQUITTED ON HIS CASE THAT HE PRESENTLY FACING. FURTHER, ENABLE FOR HIM TO HELP AND CONTINUED FINANCIAL SUPPORT TO HIS FAMILY. OTHERWISE, HIS FAMILY WAS DEPENDING ON HIM.

WE BEGGED YOU TO PLEASE ALLOW MR. PLACENCIA TO BE WITH HIS FAMILY ESPECIALLY THIS COMING CHRISTMAS THIS YEAR. AGAIN, WE HUMBLY REQUEST ON YOUR KIND CONSIDERATION, AND FAVORABLE RESPONSE ON THAT MATTER.

WE CAN CONFIRM MY GRANDFATHER IS A GOOD PERSON WITH GOOD MORAL CHARACTER HERE IN THE PHILIPPINES. AFFIXING OUR NAMES & SIGNATURES TO PROVE OUR PETITION FOR HIM.

THANK YOU AND GOD BLESS!

RESPECTFULLY YOURS
GWENDOLYN E GALLARES

October 15, 2020

To: The Honorable Judge

Re: Leniency for Mr. Cenen Placencia

Honorable Judge,

I am **Jovinal M. Perdigon, Jr.**, of legal age, from Philippines and a friend of **Mr. Cenen Placencia**.

I have known Mr. Placencia for over the years. I was bothered and surprised to hear about his recent case as he has always been a rather patience, kind and humble person. It is for this reason I am happy to write a letter of reference for a friend, Mr. Cenen Placencia regarding this matter. I understand the seriousness of his case. However, hope and pray that the court will show some leniency.

Mr. Placencia has always been an upright citizen in our community. Once he made mistake, he sincerely apologize, regrets his actions and vows never to repeat them again. I believe Mr. Placencia because I have known him well. In our friendship, he has really been there for me, especially during in a bad times of my life. He reassured and made it in a point that he is at my side and show a significant role of moral and spiritual support. It was Mr. Cenen Placencia that was show and source of "camaraderie" for me. He has truly been a good friend for over the years.

In addition to our friendship, I consider him as my big brother. Hence, he taught me such good values and good characters in life, which I possessed those quality traits I had now in facing people.

It is my sincere hope that the court may take this letter into consideration at the time of sentencing and humbly request a lenient sentence as time in jail will put his family in severe difficulty. His family really depend on him. Despite the current case, I still believe Mr. Placencia to be of good person with good moral character as well.

Thank you for taking the time to read my letter. I can be reached at (+63) 930-221-1899 at any of your utmost convenient time for other inquiries about Mr. Placencia.

Sincerely yours,

Jovinal M. Perdigon, Jr.

Hon Judge
ATTY. Genny Colbath

Subject: Petition to Acquit the
Person, Mr. Cesar Placencia

DEAR JUDGE BIESTLINE & ATTY. GARRY COLBATH

We are asking you a big favor from kindness office, for your forgiveness to our dear beloved uncle, Mr. Cesar Placencia, and please we begging you to give him a change to be clear on his case, that I know my uncle was innocent on his case that he presently facing, further enable for him he help us and continued his financial support to his family also included us.

My uncle was always give financial support my brother, My uncle he is a generous and very helpfull person

We begged you to please allow, Mr. Placencia to be with his family especially on the christmas this year. at his age was already old. We humbly request on your kind consideration favorable response on that matter. that my uncle Mr. Placencia such a good person with good moral character here in the philippine appearing our Names and by signature to proven our petition for him.

Thank you and god bless
Respectfully yours

MlQudrino
MARIA LUISA PLACENCIA ENDRINA



HON. JUDGE  
ATTY: GARRY COLBATH  
                              October 19, 2020  
            SUBJECT: PETITION TO ACQUIT THE  
                      PERSON MR. GENEN PLACENCIA

DEAR JUDGE BIESTENE / ATTY. GARRY COLBATH  
    WE ARE ASKING A FAVOR FROM YOUR GOOD OFFICE  
FOR FORGIVENESS TO OUR DEAR AND BELOVED UNCLE's  
MR. GENEN PLACENCIA, GIVE HIM A CHANCE TO BE  
ACQUITTED ON HIS CASE THAT HE PRESENTLY FACING, FURTHER  
ENABLE FOR HIM TO HELP AND CONTINUED FINANCIAL SUPPORT  
TO HIS FAMILY. ALSO HIS FAMILY WAS DEPENDING ON  
HIM.  
    WE BEGGED YOU TO PLEASE ALLOW MR. PLACENCIA  
TO BE WITH HIS FAMILY ESPECIALLY THIS COMING CHRISTMAS.  
AGAIN, WE HUMBLY REQUEST ON YOUR KIND CONSIDERATION,  
AND FAVORABLE RESPONSE ON THAT MATTER.  
    WE CAN CONFIRM OUR UNCLE IS A GOOD PERSON  
WITH A GOOD MORAL CHARACTER HERE IN THE PHILIPPINES.  
AFFIXING OUR NAMES AND SIGNATURES TO PROVE OUR  
PETITION FOR HIM.

        THANK YOU AND GOD BLESS!

                                        RESPECTFULLY YOURS  
           PLEASE SEE ATTACHED NAMES AND  
             SIGNATURES FOR PETITION  
(NOTE: AT THE BACK)  FOR MY UNCLE       MARIO P. ENDRINA



GWENDALYN ENDRINA GALLARES    GWENDALYN E. GALLARES
BLK 12 A LOT 37 PHASE 2 AB LONGOS
MALABON CITY, PHILIPPINES

ARMANDO SABLAY ALVAREZ    ARMANDO S. ALVAREZ
BLK 12 A LOT 24 PHASE 2 AB LONGOS
MALABON CITY, PHILIPPINES

LANCE GALLARES ALVAREZ    LANCE G. ALVAREZ

JOHN PAUL D. DADON    JOHN PAUL D. DADON

October 06, 2020

HONORABLE JUDGE

RE: REQUEST TO ACQUIT MR. CENEN A. PLACENCIA

HON. JUDGE,

GOOD DAY!

Allow me to introduce myself, I am MARY ANN R. PLACENCIA of legal age spouse and married to MR. CENEN A. PLACENCIA here in the Philippines. We also got 2 kids are studying in college. As of now, I am facing with so many problems especially on financial status. It started when my husband allegedly accused of a crime. Of which I believed he was innocent. He was just an ordinary man that work outside our country with full of dreams, hopes and vision to his family. He worked hard not because for himself but because for us and that we really depending on him. He only wanted and wished for is to give us a good life and good future especially to our kids.

But those thing is not going to happen if he will be imprisoned nor sentence to jail. Through this, I am begging you before the honorable court and with your kind reconsideration to please allow my husband, MR. PLACENCIA to

(AT THE BACK)

TO BE ~~EO~~ ACQUITTED FROM CREMINAL CHARGES. THAT HE WAS FACING. MAY YOU GRANT HIM THE FREEDOM AND BRING HIM BACK TO US. AND SO HIS JOB. MY HUSBAND IS A GOOD MAN AND A GOOD PROVIDER TO US. PLEASE SET HIM FREE FOR US.

I HOPE AND PRAY THAT MY HUMBLE REQUEST BE HEARD AND WILL BE GRANTED WITH YOUR HEARTFUL AND FAIR JUSTICE.

GOD BLESS and MORE POWER!

RESPECTFULLY YOURS;

*M. Placencia*
MARY ANN R. PLACENCIA